IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEBROAH BADGER,

        Plaintiff,

v.

DITECH FINANCIAL, LLC
and CITIZEN'S BANK, N.A.,

        Defendants.

ORDER

18-cv-978-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 13th day of December, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge